**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11675 |
| MIKAYLA AVERY | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS**

The 341 meeting in this case has been rescheduled from January 17, 2020 at 9:00 am to February 7, 2020 at 11:00 am. The location will be at the Bankruptcy Courthouse at 903 San Jacinto, Austin, Texas 78701.

Respectfully Submitted:

Dorothy Butler Law Firm
28515 Ranch Road 12
Dripping Springs, TX 78620
Tel: (512) 699-5632

By: /s/ Dorothy K. Lawrence
Dorothy Kathleen Lawrence
State Bar No. 24072015
Attorney for Debtor

Dated: December 10, 2019

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing Notice of Reset Date for 341(A) Meeting of Creditors was served electronically or by U.S. Mail on the Debtors, Chapter 7 Trustee, U.S. Trustee's Office and all parties listed on the attached Court's mailing matrix on December 10, 2019.

Respectfully submitted,

/s/ Dorothy K. Lawrence
Dorothy Lawrence
Attorney for Debtor